CAMPBELL SMITH RITCHIE COMPANY, Respondent, *v.* J. PECHENIK, INC., Appellant.

(Submitted December 16, 1932; decided January 17, 1933.)

*Conrad J. Ruby* for appellant.

*Thomas H. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.